1   Michael V. Infuso, Esq., Nevada Bar No. 7388
    Keith W. Barlow, Esq., Nevada Bar No. 12689
2   Sean B. Kirby, Esq., Nevada Bar No. 14224
    **GREENE INFUSO, LLP**
3   3030 South Jones Boulevard, Suite 101
    Las Vegas, Nevada 89146
4   Telephone: (702) 570-6000
    Facsimile: (702) 463-8401
5   E-mail: minfuso@greeneinfusolaw.com
            kbarlow@greeneinfusolaw.com
6           sbkirby@greeneinfusolaw.com

7   Attorneys for SSB Eastern LLC

8                 **EIGHTH JUDICIAL DISTRICT COURT FOR**

9                     **CLARK COUNTY, NEVADA**

10

11   KEVIN ZIMMERMAN, an individual,          Case No. 2:17-cv-01200-GMN-GWF

12                              Plaintiff,

13   v.

14   SSB Eastern LLC, DBA Taco Bell,          **STIPULATION AND ORDER TO
                                              EXTEND DEADLINE TO ANSWER
15                              Defendant.    COMPLAINT**
                                              (First Request)
16

17
         Defendant SSB Easter LLC ("Defendant" or "SSB"), and Plaintiff Kevin Zimmerman
18
    ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree to the following:
19
         WHEREAS, Plaintiff filed a Complaint on against Defendant on or about April 28, 2017
20
    ("Complaint");
21
         WHEREAS, Defendant's deadline to file a response to Plaintiff's Complaint was May 25,
22
    2017, which deadline was informally extended by Plaintiff multiple times, the latest being to June
23
    7, 2017;
24
         WHEREAS, the parties' request to extend the deadline for Defendant to respond to
25
    Plaintiff's Complaint is to facilitate ongoing settlement discussions in hopes of resolving this
26
    matter;
27

28

                                              1

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, the parties stipulate and agree that Defendant shall have until June 7, 2017 in which to respond to Plaintiff's Complaint.

DATED this 1st day of June 2017.

**GREENE INFUSO, LLP**


/s/ Michael V. Infuso
Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Keith W. Barlow, Esq.,
Nevada Bar No. 12689
Sean B. Kirby, Esq.
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for SSB Eastern LLC

DATED this 1st day of June 2017.

**THE WILCHER FIRM**


/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
Nevada Bar No. 7212
8465 W. Sahara Ave. Suite 111-236
Las Vegas, Nevada 89117

Attorneys for Kevin Zimmerman

## ORDER

**IT IS HEREBY SO ORDERED.**

DATED this  5th  day of _____June_____, 2017.


_____
UNITED STATES MAGISTRATE JUDGE

2