Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
   kbarlow@greeneinfusolaw.com
   sbkirby@greeneinfusolaw.com

Attorneys for SSB Eastern LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SSB Eastern LLC, DBA Taco Bell,<br><br>Defendant. | Case No. 2:17-cv-01200-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br>(Second Request) |

Defendant SSB Easter LLC ("Defendant" or "SSB"), and Plaintiff Kevin Zimmerman ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed a Complaint on against Defendant on or about April 28, 2017 ("Complaint");

WHEREAS, Defendant's deadline to file a response to Plaintiff's Complaint was May 25, 2017, which deadline was informally extended by Plaintiff multiple to June 7, 2017;

WHEREAS, the parties previously stipulated and agreed to extend the deadline for Defendant to respond to the Complaint to June 7, 2017;

WHEREAS, the parties continue to engage in settlement negotiations and request an additional extension of time for Defendant to respond to Plaintiff's Complaint;

1

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, the parties stipulate and agree that Defendant shall have until June 14, 2017 in which to respond to Plaintiff's Complaint.

DATED this 7TH day of June 2017.

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso
Michael V. Infuso, Esq.,
Nevada Bar No. 7388
Keith W. Barlow, Esq.,
Nevada Bar No. 12689
Sean B. Kirby, Esq.
Nevada Bar No. 14224
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for SSB Eastern LLC

DATED this 7TH day of June 2017.

**THE WILCHER FIRM**

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
Nevada Bar No. 7212
8465 W. Sahara Ave. Suite 111-236
Las Vegas, Nevada 89117

Attorneys for Kevin Zimmerman

## **ORDER**

**IT IS HEREBY SO ORDERED.**

DATED this _8th_ day of ___June___ 2017.

_____
United States Magistrate Judge