Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
   kbarlow@greeneinfusolaw.com
   sbkirby@greeneinfusolaw.com

Attorneys for SSB Eastern LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SSB Eastern LLC, DBA Taco Bell,<br><br>Defendant. | Case No. 2:17-cv-01200-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br>(Third Request) |

Defendant SSB Easter LLC ("Defendant" or "SSB"), and Plaintiff Kevin Zimmerman ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed a Complaint on against Defendant on or about April 28, 2017 ("Complaint");

WHEREAS, Defendant's deadline to file a response to Plaintiff's Complaint was May 25, 2017, which deadline was informally extended by Plaintiff multiple to June 7, 2017;

WHEREAS, the parties previously stipulated and agreed to extend the deadline for Defendant to respond to the Complaint to June 7, 2017;

WHEREAS, the parties thereafter stipulated and agreed to extend the deadline for Defendant to respond to the Complaint to June 14, 2017;

1

WHEREAS, the parties continue to engage in settlement negotiations and, in fact, have reached an agreement in principle;

WHEREAS, as a result of the parties' apparent resolution of this matter, the parties request an additional extension of time for Defendant to respond to Plaintiff's Complaint in order to finalize the settlement documents;

WHEREAS, there are no other deadlines that are affected by this stipulation and proposed order that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, the parties stipulate and agree that Defendant shall have until July 7, 2017 in which to respond to Plaintiff's Complaint.

| | |
|---|---|
| DATED this 14th day of June 2017. | DATED this 14th day of June 2017. |
| **GREENE INFUSO, LLP** | **THE WILCHER FIRM** |
| /s/ Michael V. Infuso<br>Michael V. Infuso, Esq.,<br>Nevada Bar No. 7388<br>Keith W. Barlow, Esq.,<br>Nevada Bar No. 12689<br>Sean B. Kirby, Esq.<br>Nevada Bar No. 14224<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br><br>Attorneys for SSB Eastern LLC | /s/ Whitney C. Wilcher<br>Whitney C. Wilcher, Esq.<br>Nevada Bar No. 7212<br>8465 W. Sahara Ave. Suite 111-236<br>Las Vegas, Nevada 89117<br><br>Attorneys for Kevin Zimmerman |

**ORDER**

**IT IS HEREBY SO ORDERED.**

DATED this 16th day of ____June____, 2017.

*George Foley Jr.*

United States Magistrate Judge