Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br>v.<br><br>SSB Eastern, LLC d.b.a. Taco Bell,<br><br>Defendant. | Civil Action No: 17-cv-01200-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted this 26th day of June, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of NEF notifications to:

Keith W Barlow
3030 S. Jones Blvd;, Ste. 101
Las Vegas, NV 89146
702-570-6000
Email: keithwb@byulaw.net
*Attorney for Defendant*

Sean Bair Kirby
Greene Infuso, LLP
3030 S. Jones Boulevard
Suite 101
Las Vegas, NV 89146
702-570-6000
Fax: 702-463-8401
Email: skirby@greeneinfusolaw.com
*Attorney for Defendant*

Michael V. Infuso
Greene Infuso, LLP
3030 S. Jones Blvd.
Suite 101
Las Vegas, NV 89146
702-570-6000
Fax: 702-463-8401
Email: minfuso@greeneinfusolaw.com
*Attorney for Defendant*